1   Rosemary M. Rivas (State Bar No. 209147)
    rrivas@finkelsteinthompson.com
2   Danielle A. Stoumbos (State Bar No. 264784)
    dstoumbos@finkelsteinthompson.com
3   **FINKELSTEIN THOMPSON LLP**
4   100 Bush Street, Suite 1450
    San Francisco, California 94104
5   Telephone: (415) 398-8700
6   Facsimile: (415) 398-8704

7   *Attorneys for Individual and Representative*
8   *Plaintiff Lawrence Brandon*

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12  LAWRENCE BRANDON, on behalf of himself      Case No. **C11-06614**
    and all others similarly situated,
13                                              CLASS ACTION COMPLAINT
14                Plaintiff,
15         vs.
16  SAFEWAY INC., a Delaware Corporation with
    its Principal Place of Business in Pleasanton,   **JURY TRIAL DEMANDED**
17  California.
18                Defendant.

19

20

21

22

23

24

25

26

27

28

---

Plaintiff Lawrence Brandon ("Plaintiff") brings this class action suit against Safeway Inc., on behalf of himself and the proposed Class as defined herein. In support of Plaintiff's Class Action Complaint, Plaintiff alleges, based on personal information and the investigation of his counsel, as follows:

<u>NATURE OF THE CASE AND THE PARTIES</u>

1.      Defendant Safeway Inc. ("Safeway") maintains its principle place of business at 5918 Stoneridge Mall Road, Pleasanton, California, in the County of Alameda. Safeway is one of the largest food and drug retailers in North America.[1] As of December 2010, Safeway had 1,694 stores principally located in California, Oregon, Washington, Alaska, Colorado, Arizona and Texas.[2] As part of its business model, Safeway continually develops a premium line of Consumer Brand products. These brands include Safeway SELECT, Lucerne, and several new brands, focused on "health and wellness," including but not limited to: O Organics, Eating Right, Bright Green and Open Nature.[3]

2.      In January of 2011, Safeway unveiled its Open Nature line of more than 100 products it represented were made from "100% natural" ingredients.[4] In June, 2011, Safeway added breads to its Open Nature product line, including but not limited to honey wheat bread and 100% wheat bread. Safeway distributes its Open Nature line to grocery stores for sale in the United States. Safeway owns and operates stores in the United States under the trademarked name "Tom Thumb."[5]

3.      Plaintiff is a resident and citizen of Dallas, Texas. From approximately June 2011 to December 2011, Plaintiff purchased Safeway's Open Nature bread from Tom Thumb foods (a

---

[1] http://www.sec.gov/Archives/edgar/data/86144/000119312511049301/d10k.htm (last visited Dec. 19, 2011).

[2] http://www.sec.gov/Archives/edgar/data/86144/000119312511049301/d10k.htm (last visited Dec. 19, 2011).

[3] http://www.sec.gov/Archives/edgar/data/86144/000119312511049301/d10k.htm (last visited Dec. 19, 2011).

[4] http://www.safeway.com/ShopStores/Open-Nature-Story.page? (last visited Dec. 19, 2011).

[5] http://www.sec.gov/Archives/edgar/data/86144/000119312511049301/d10k.htm at page 8 (last visited Dec. 21, 2011).

- 1 -

subsidiary of Safeway). Plaintiff's purchases included, honey wheat bread and 100% wheat bread, which were advertised as "100% natural," both in the product's emblem which appears on the products' packaging 10 times, and under the flavor of bread. *See* Exhibit A, an exemplar of the 100% Whole Wheat Bread Plaintiff purchased. In fact, the words "100% natural" appear on each product over 11 times. Plaintiff read and relied on the statements that the product was "100% natural" and reasonably believed the bread was "100% natural." Plaintiff would not have purchased the bread, or would have paid less, if the product were not advertised as "100% natural."

4.      Reasonable consumers, including Mr. Brandon, do not have the specialized knowledge necessary to identify ingredients in Open Nature products as being inconsistent with the "100% natural" claims.

5.      Defendant knows that consumers are willing to pay a premium for natural products, and advertises its products with the intention that consumers rely on the advertising. Defendant also knows that its advertisements are false, deceptive, and likely to mislead a reasonable consumer.

6.      Consumers, including Plaintiff, rely or relied on Defendant's false, deceptive, and misleading advertisements that Open Nature products are "100% natural."

7.      As a result of Defendant's false, deceptive, and misleading advertising, consumers, including Plaintiff, do not receive the benefit of their bargain when they purchase Open Nature products. They pay money for a product that is not what it claims to be, and which they would not have purchased or for which they would have paid less absent the false, deceptive, and misleading advertising. Consumers who purchase Open Nature products therefore suffered an injury in fact and a loss of money with each purchase.

## JURISDICTION AND VENUE

8.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2), because the proposed class has more than 100 members, the class contains at least one member of diverse citizenship from Defendant, and the amount in controversy exceeds $5 million.

CLASS ACTION COMPLAINT

9.    The Court has personal jurisdiction over Safeway because Safeway is headquartered in the state of California and conducts substantial business in California.  Moreover, the deceptive and misleading advertising of its products as "100% natural" emanated from California.

10.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(a)(1), because Defendant is headquartered in Pleasanton, California, which is within this District, and conducts substantial business within this district.

## Application of California Law To Consumers Nationwide is Appropriate

11.    Safeway is headquartered in Pleasanton, California, and based on information and belief, Defendant's advertising and product promotion emanates from California.

12.    Application of California law to consumers nationwide is appropriate because Safeway maintains it marketing department in Pleasanton, California where the alleged misconduct emanated from.  Further, Open Nature Products are distributed throughout the United States by Lucerne Foods, Inc., a subsidiary of Safeway, in Pleasanton, California.

## FACTUAL ALLEGATIONS

## The Ingredients Contained in Open Nature Products are Not "100% Natural"

13.    Over the last several years, consumers in the United States have been alerted to the fact, and increasingly believe that "all natural" and organic diets promote health and well-being, prevent disease, cure illnesses, and protect the environment. [6]  As a result, consumers are willing to pay a higher price for "all natural" and organic food and beverages.  Accordingly, consumer demand and sales of "all natural" and organic foods and beverages in the United States is far outpacing growth of conventional groceries.  The market for "all natural" and organic foods grew 9% in 2010 to $39 billion, and 2010 sales were 63% higher than sales in 2005. [7]  Consumer demand for "all natural" and organic foods is

---

[6] http://www.fmi.org/media/bg/natural_organic_foods.pdf (last visited Nov. 23, 2011).

[7] http://www.marketwire.com/press-release/natural-and-organic-food-and-beverage-market-to-double-by-2015-1525854.htm (last visited Nov. 23, 2011).

CLASS ACTION COMPLAINT

expected to grow 103% between 2010 and 2015 with annual sales exceeding $78 billion in 2015.[8]

Currently, more than half of United States adult shoppers buy products advertised as "all natural," and

are willing to pay more for these products.[9]

14.    Safeway knows that consumer demand for "all natural" products is rapidly increasing,

and has tailored its brands—including Open Nature—to capture consumer demand for "health and

wellness" foods.[10]  The Open Nature brand portfolio includes over 100 products including angus beef,

pork, poultry, sausage and franks, uncured bacon, lunch meat, breads, yogurt, sour cream, pasta and

sauce, hummus, ice cream, pizza, lamb, salad dressing, peanut butter and cereal.

15.    Safeway owns, maintains, operates, and provides consumers with a website devoted to

Open Nature products.  The website details the Open Nature story, Open Nature products, and a glossary

of artificial ingredients that are never used in its products, as well as a glossary of "all natural" products

which are used in Open Nature products.

16.    Safeway offers consumers the "OPEN NATURE Promise" on its website which states:

"We believe ingredients should come from nature. We believe food should be made only with

ingredients we are proud to share. We believe food should be simply prepared, the way you'd make it at

home. We believe food should be made with a commitment to quality."[11]

17.    Under the "Our Standards" portion of its website, Safeway promises that "we select the

best quality ingredients that nature offers and let the delicious taste shine through. We keep the

ingredients and recipes simple, and we don't use any of the artificial ingredients listed here[12] in any of

---

[8] *Id.*

[9] *Id.*; http://www.fafh.com/resources/All-Natural-Brochure.pdf (last visited Nov. 23, 2011).

[10] http://www.sec.gov/Archives/edgar/data/86144/000119312511049301/d10k.htm (last visited Dec. 19, 2011).

[11] http://www.safeway.com/ShopStores/Open-Nature-Story.page? (last visited Dec. 19, 2011).

[12] The term "here" is a hyperlink to a document listing "artificial ingredients you will never find in Open Nature products," a true and correct copy is attached hereto as Exhibit B, (hereinafter referred to as "Open Nature List of Artificial Ingredients").

our products—ever.  We want you to feel confident that when you choose Open Nature, you'll be getting food that's simple, real and delicious."[13]

18.      Under its "Our Ingredients" portion of its website, Safeway states that "Nature has nothing to hide and neither should your food. That's why we created this glossary[14] of natural ingredients you'll find in our products. Some may be new to you, so we've provided descriptions of how the ingredient is used and what it's derived from. For instance, our products are only vitamin-fortified if a natural source of that vitamin can be found. We're proud of what's in our food and want you to trust that the food you eat is real."

19.      Calcium sulfate is listed in the Glossary which states that it is "also known as plaster of Paris, anhydrite, and gypsum, occurs naturally and is fine, white to slightly yellow-white odorless powder.  It can be used as a yeast nutrient in breads, dough strengthener in bakery products, or a nutrient supplement providing a source of calcium.

20.      Contrary to its designation of calcium sulfate as being an all natural ingredient in its Glossary, calcium sulfate is also listed on Open Nature's List of Artificial Ingredients.  *See* Exhibit C.

21.      Although Safeway's Open Nature products are advertised as "100% natural," these products contain unnatural, artificial, and/or synthetic ingredients (as explained in more detail below) including, but not limited to: calcium sulfate and soy lecithin.  *See* Exhibit A for an exemplar of Open Nature's advertisements and ingredient list.

22.      Open Nature's bread products which contain unnatural substances, but which are misleadingly advertised as "100% natural" include, but are not limited to: 100% Whole Wheat, Ancient Grains, Multi-Grain, Double Fiber, Nuts and Seeds, and Honey Wheat (the "Products").

23.      As discussed above, the Products are advertised as "100% natural," but contain unnatural, artificial, and/or synthetic ingredients, including but not limited to, calcium sulfate and soy lecithin (the "unnatural ingredients").  The unnatural ingredients are not found in pure form in nature, as a reasonable

---

[13] http://www.safeway.com/ShopStores/Open-Nature-Story.page? (last visited Dec. 19, 2011).

[14] The term glossary (hereinafter referred to as the "Glossary") is a hyperlink to a document listing ingredient used in Open Nature products, a true and correct copy is attached hereto as Exhibit C.

CLASS ACTION COMPLAINT

consumer would suspect the term "100% natural" would mean. Although the unnatural ingredients may be extracted from or derived from what was once a natural substance, they have been processed in a laboratory, and/or processed with acids and/or alcohols and are thus not "100% natural":

24.   **SOY LECITHIN:** Soy Lecithin is used in food as an emulsifier, as a lubricant, and to extend shelf life. In order to extract soy lecithin from soybeans, the soybeans are immersed in hexane, a byproduct of petroleum refining, before further processing.[15] Hexane is a highly explosive neurotoxic chemical,[16] and the Environmental Protection Agency ("EPA") lists hexane as a hazardous air pollutant, which "may cause cancer or other serious health effects."[17] Soy Lecithin's chemical manufacturing process places it outside of a reasonable consumer's definition of "100% natural."

25.   Soy lecithin can be produced naturally, but it is over seven times more expensive to purchase natural expeller-pressed soy lecithin as compared to hexane produced soy lecithin. Expeller-pressed soy lecithin, which costs approximately $8.50 per pound,[18] is produced without the use of hexane, and is denoted on ingredient lists as "expeller-pressed soy lecithin." Had Defendant chosen this method of soy lecithin extraction, it would have listed the ingredient as "expeller-pressed soy lecithin," but it did not. Instead, Defendant chose and still chooses to use hexane produced soy lecithin, which costs approximately $1.20 per pound, to save money on ingredients.

26.   In addition, synthetic substances such as silicon dioxide are added to the final production of soy lecithin.[19] Silicon dioxide is a known synthetic substance.

---

[15] The Cornucopia Institute, BEHIND THE BEAN: THE HEROES AND CHARLATANS OF THE NATURAL AND ORGANIC SOY FOODS INDUSTRY 34, 39 (2009), *available at* http://www.cornucopia.org/soysurvey/OrganicSoyReport/behindthebean_color_final.pdf (last visited Dec. 20, 2011).

[16] *Id.*

[17] *Id.*

[18] *Id.* at 39.

[19] http://www.fda.gov/Food/GuidanceComplianceRegulatoryInformation/GuidanceDocuments/FoodLabelingNutrition/ucm059065.htm

CLASS ACTION COMPLAINT

27.   CALCIUM SULFATE - Calcium sulfate is a known synthetic substance, and "is a common laboratory and industrial chemical."[20]  Calcium sulfate is produced as a by product of flue gas desulfurization, in the production of phosphoric acid from phosphate rock, in the production of hydrogen fluoride, and refining of zinc.[21]  As discussed above, Safeway includes calcium sulfate on its Open Nature List of Artificial Ingredients, attached hereto as Exhibit B.  Safeway also lists "calcium sulfate" on its Glossary, listing all natural ingredients used in its products.  *See* Exhibit C.  Calcium sulfate is also known as plaster of Paris, anhydrite and gypsum."  Gypsum is mined for building materials such as drywall, cement additives and plaster.[22]  The anhydrous form is prepared by complete dehydration of gypsum, below 300 degrees Celcius in an electric oven.  21 C.F.R. § 184.1230.

### The Food and Drug Administration ("FDA") Has Given Guidance On the Term "Natural"

28.   The Food and Drug Administration ("FDA") has the authority to regulate food labels under the Food Drug and Cosmetic Act ("FDCA"), 21 U.S.C. §301 *et seq.*, and its 1990 amendment, the Nutrition Labeling and Education Act ("NLEA").  The NLEA requires food labels that bear nutrition content claims and certain health claims to comply with certain minimum standards.[23]  The FDA has the authority to issue regulatory definitions for common terms used on nutrition labels and product packaging.   However, the FDA has regularly declined to define the term "natural."

29.   Although the FDA has not yet defined the term "natural" as used on food and drink labels, according to a March 2008 consumer bulletin, under FDA policy, "natural" means the product does not contain synthetic or artificial ingredients.[24]  Although this definition is not a regulation, it is the most definitive statement of the agency's view.

---

[20] http://en.wikipedia.org/wiki/Calcium_sulfate (last visited Dec. 20, 2011).

[21] http://en.wikipedia.org/wiki/Calcium_sulfate (last visited Dec. 20, 2011).

[22] https://appalachianpower.com/global/utilities/lib/docs/info/projects/ScrubbersAndEnvironmentalControls/SyntheticGypsumFactSheet.pdf

[23] http://www.fda.gov/Food/GuidanceComplianceRegulatoryInformation/GuidanceDocuments/FoodLabelingNutrition/FoodLabelingGuide/default.htm (last visited Nov. 28, 2011).

[24] http://www.fda.gov/forconsumers/consumerupdates/ucm094536.htm (last visited Nov. 28, 2011).

CLASS ACTION COMPLAINT

30.     Additionally, the United States Department of Agriculture ("USDA") has defined the terms "synthetic" and "nonsynthetic" in the National Organic Program. 7 C.F.R. § 205.1 *et seq.* Under the National Organic Program, a nonsynthetic substance is defined as "A substance that is derived from mineral, plant, or animal matter and does not undergo a synthetic process as defined in section 6502(21) of the Act (7 U.S.C. 6502(21))[25]. For the purposes of this part, nonsynthetic is used as a synonym for natural as the term is used in the Act." 7 C.F.R. § 205.2.

31.     Moreover, in the National Organic Program, a synthetic substance is defined as "A substance that is formulated or manufactured by a chemical process or by a process that chemically changes a substance extracted from naturally occurring plant, animal, or mineral sources, except that such term shall not apply to substances created by naturally occurring biological processes." 7 C.F.R. § 205.2.

32.     Ingredients contained in Open Nature Products, discussed in more detail above, include numerous synthetic substances, which are derived by a chemical process or a process that chemically changes a substance extracted from naturally occurring materials.

33.     Section 205.605 of the National Organic Program as defined by the USDA expressly states that the following ingredients, some of which are contained in Open Nature Products, or are used in the production of ingredients listed in Open Nature Products are considered synthetic: calcium sulfate and silicon dioxide. 7 C.R.F. § 205.605.  As discussed above, Open Nature Products are misleadingly advertised as "100% natural."

34.     Similarly, the Department of Agriculture's Food Safety and Inspection Service states that the term "natural" may be used on labeling for meat and poultry products so long as "(1) the product does not contain any artificial flavor or flavoring, color ingredient, or chemical preservative . . . or any

---

[25] 7 U.S.C. 6502(21) states "The term 'synthetic' means a substance that is formulated or manufactured by a chemical process or by a process that chemically changes a substance extracted from naturally occurring plant, animal, or mineral sources, except that such term shall not apply to substances created by naturally occurring biological processes."

CLASS ACTION COMPLAINT

other artificial or synthetic ingredient, and (2) the product and its ingredients are not more than minimally processed." [26]

35.     As discussed above, Open Nature Products contain unnatural, artificial and/or synthetic ingredients and are thus it is misleading to advertise them as "100% natural."

36.     In addition, Open Nature Products should not be advertised as "100% natural" because they are more than minimally processed.  According to the Department of Agriculture, "[m]inimal processing may include: (a) those traditional processes used to make food edible or to preserve it or to make it safe for human consumption, e.g., smoking, roasting, freezing, drying, and fermenting, or (b) those physical processes which do not fundamentally alter the raw product and/or which only separate a whole, intact food into component parts, e.g., grinding meat, separating eggs into albumen and yolk, and pressing fruits to produce juices." [27]

37.     The synthetic ingredients listed in Open Nature Products are more than minimally processed, and undergo relatively severe processes:  "[r]elatively severe processes, e.g., solvent extraction, acid hydrolysis, and chemical bleaching would clearly be considered more than minimal processing." [28]

38.     Under the Department of Agriculture's guidelines, if a product is severely processed, the product can be labeled "natural" if the ingredient would not significantly change the character of the product to the point that it could no longer be considered a natural product.  Even in that situation, *the product should be labeled to "clearly and conspicuously identify the ingredient, e.g., all natural or all natural ingredients except dextrose, modified food starch, etc."* [29] (emphasis added).

---

[26] http://www.fsis.usda.gov/OPPDE/larc/Policies/Labeling_Policy_Book_082005.pdf (last visited Nov. 3, 2011).
[27] *Id.*
[28] *Id.*
[29] *Id.*

### Reasonable Reliance on Defendant's Representations

39.    Plaintiff read the "100% natural" representations on the packages of the Open Nature Products he purchased from approximately June 2011 to December 2011.

40.    While there is an asterisk next to 100% Natural, that does not ameliorate the misleading nature of Defendant's misrepresentation.

41.    Plaintiff relied on the representations that the Open Nature Products were "100% natural."= He was also entitled to, and did in fact rely on, the Open Nature Products advertising not to omit or conceal material facts including, but not limited to, the fact that certain ingredients were created in a laboratory and/or were chemically-manufactured substances.

### Consumers Were Injured as a Result of Defendant's Deception

42.    As a result of Defendant's misrepresentations, Plaintiff and other consumers suffered injury in fact and lost money or property.

43.    Specifically, consumers paid for products which they believed to be "100% natural," but received products that were not "100% natural" and which contained laboratory and/or chemically-manufactured substances, and/or products which were more than minimally processed and thus were not "100% natural."

44.    Defendant's misrepresentations and omissions were material to Plaintiff and other consumers.

45.    Accordingly, Plaintiff and other consumers suffered injury in fact and loss of money in the amount of the entire purchase price of each Open Nature Product they bought or alternatively, the price differential between the products as advertised versus as sold.  Plaintiff read and relied on the Open Nature Product representations that the products were "100% natural."  He would not have otherwise purchased Open Nature Products.

### CLASS ACTION ALLEGATIONS

Plaintiff seeks relief in his individual capacity and seeks to represent a class consisting of all others who are similarly situated.  Pursuant to Fed. R. Civ. P. 23(a) and (b)(2) and/or (b)(3), Plaintiff seeks certification the following class initially defined as follows:

All persons in the United States who purchased one or more breads from the Open Nature bread line (100% Whole Wheat, Ancient Grains, Multi-Grain, Double-Fiber, Nuts and Seeds, and Honey Wheat).

46.     Excluded from the Class are Defendant and its subsidiaries and affiliates, Defendant's executives, board members, legal counsel, and their immediate families, and any Judge to whom this case is assigned and his or her immediate family.

47.     Plaintiff reserves the right to amend or modify the Class definition with greater specificity or further division into subclasses or limitation to particular issues after discovery.

48.     Numerosity. Fed. R. Civ. P. 23(a)(1).  The potential members of the Class as defined are so numerous that joinder of all members is unfeasible and not practicable.  While the precise number of Class members has not been determined at this time, Plaintiff is informed and believes that many thousands of consumers, hundred of thousands, or millions of consumer have purchased the listed products.

49.     Commonality. Fed. R. Civ. P. 23(a)(2) and (b)(3).  There are questions of law and fact common to the Class, which predominate over any questions affecting only individual Class members. These common questions of law and fact include, without limitation:

      a.   Whether Defendant deceptively advertised Open Nature Products as being "100% natural," when in fact they contained laboratory and/or chemically-manufactured substances, and/or are more than minimally processed;

      b.   Whether Defendant violated California Civil Code § 1750, *et seq.*;

      c.   Whether Defendant violated California Business and Professions Code § 17500, *et seq.*;

      d.   Whether Defendant violated California Business and Professions Code § 17200, *et seq.*; and

      e.   The nature of the relief, including equitable relief, to which Plaintiff and the Class members are entitled.

- 11 -

CLASS ACTION COMPLAINT

50.   <u>Typicality</u>. Fed. R. Civ. P. 23(a)(3). Plaintiff's claims are typical of the claims of the Class. Plaintiff and all Class members were exposed to uniform practices and sustained injury arising out of and caused by Defendant's unlawful conduct.

51.   <u>Adequacy of Representation</u>. Fed. R. Civ. P. 23(a)(4). Plaintiff will fairly and adequately represent and protect the interests of the members of the Class. Counsel representing Plaintiff is competent and experienced in litigating class actions.

52.   <u>Superiority of Class Action</u>. Fed. R. Civ. P. 23(b)(3). A class action is superior to other available methods for the fair and efficient adjudication of this controversy since joinder of all the members of the Class is impracticable. Furthermore, the adjudication of this controversy through a class action will avoid the possibility of inconsistent and potentially conflicting adjudication of the claims asserted herein. There will be no difficulty in the management of this action as a class action.

53.   <u>Injunctive and Declaratory Relief</u>. Fed. R. Civ. P. 23(b)(2). Defendant's actions regarding the advertising of Open Nature Products are uniform as to members of the Class. Defendant has acted or refused to act on grounds that apply generally to the Class, so that final injunctive relief or declaratory relief as requested herein is appropriate respecting the Class as a whole.

## FIRST CAUSE OF ACTION

### (California Consumer Legal Remedies Act – Cal. Civ. Code § 1750, *et seq.*)

54.   Plaintiff incorporates by reference and realleges all previous paragraphs.

55.   Defendant is a "person" within the meaning of California Civil Code §§ 1761(c) and 1770, and provide "goods" within the meaning of Civil Code §§ 1761(a) and 1770. Defendant's customers, including Plaintiff and Class members, are "consumers" within the meaning of Civil Code §§ 1761(d) and 1770. Each purchase of Defendant's Open Nature Products by Plaintiff and each Class member constitutes a "transaction" within the meaning of Civil Code §§ 1761(e) and 1770.

56.   The Consumer Legal Remedies Act makes it unlawful for a company to:

(a)      Represent that goods have characteristics or ingredients which they do not have. Cal. Civ. Code § 1770(a)(5);

- 12 -

(b)     Represent that goods are of a particular standard, quality, or grade, if they are of another. Cal. Civ. Code § 1770(a)(7); and

(c)     Advertise goods with intent not to sell them as advertised. Cal. Civ. Code § 1770(a)(9).

57.     Defendant violated these provisions by representing that Open Nature Products are "100% natural," when they are not.

58.     Plaintiff reasonably relied on Defendant's misrepresentations and omissions.

59.     As a direct and proximate result of Defendant's violations, Plaintiff would not have otherwise purchased the Open Nature Products, or would have paid less, and therefore suffered injury in fact and lost money.

60.     Plaintiff, on behalf of himself and all others similarly situated, seeks equitable relief in the form of an order requiring Safeway to refund Plaintiff and the Class members a portion of the monies they paid for Open Nature Products, and injunctive relief in the form of an order prohibiting Safeway from engaging in the misconduct described herein, attorneys' fees, and costs.

61.     Plaintiff will comply with California Civil Code § 1782(a) by serving a preliminary notice before seeking damages under the Consumer Legal Remedies Act. If Defendant does not comply with the demand set forth in Plaintiff's notice, he will amend this complaint to seek damages.

62.     Attached hereto as Exhibit D is an affidavit executed in compliance with Cal. Civil Code § 1780(d).

## SECOND CAUSE OF ACTION

### (California False Advertising Law – Cal. Bus. & Prof. Code § 17500, *et seq.*)

63.     Plaintiff incorporates by reference and realleges all previous paragraphs.

64.     Safeway engaged in unlawful, unfair, and/or fraudulent conduct under California Business & Professional Code § 17500, *et seq.*, by representing that Open Nature products are "100% natural," when they are not. Safeway committed such violations of the False Advertising Law with actual knowledge or knowledge fairly implied on the basis of objective circumstances.

CLASS ACTION COMPLAINT

65. Plaintiff reasonably relied on Defendant's representations and/or omissions made in violation of California Business & Professional Code § 17500, *et seq.*

66. As a direct and proximate result of Defendant's violations, Plaintiff would not have otherwise purchased the Open Nature Products, or would have paid less, and therefore suffered injury in fact and lost money.

67. Accordingly, Plaintiff, on behalf of himself and all others similarly situated, seeks equitable relief in the form of an order requiring Safeway to refund Plaintiff and Open Nature Class members all monies they paid for Open Nature Products, and injunctive relief in the form of an order prohibiting Safeway from engaging in the alleged misconduct described herein.

## THIRD CAUSE OF ACTION

### (California Unfair Competition Law – Cal. Bus. & Prof. Code § 17200, *et seq.*)

68. Plaintiff incorporates by reference and realleges all previous paragraphs.

69. Defendant Safeway engaged in unlawful, unfair, and/or fraudulent conduct under California Business & Professional Code § 17200, *et seq.*, by representing that Open Nature Products are "100% natural," when they are not.

70. Defendant's conduct is unlawful in that it violates the Consumers Legal Remedies Act, California Civil Code § 1750, *et seq.*, the False Advertising Law, California Business & Professions Code § 17500, *et seq.*, and California's Sherman Food, Drug & Cosmetic Law, California Health and Safety Code § 109875 *et seq.* including but not limited to §§ 110290, 110390, 110395, 110398 and 110400.

71. Defendant's conduct is unfair in that it offends established public policy and/or is immoral, unethical, oppressive, unscrupulous and/or substantially injurious to Plaintiff and Class members. The harm to Plaintiff and Class members arising from Defendant's conduct outweighs any legitimate benefit Defendant derived from the conduct. Defendant's conduct undermines and violates the stated spirit and policies underlying the Consumer Legal Remedies Act, False Advertising Law, and California's Sherman Food, Drug & Cosmetic Law as alleged herein.

72.     Defendant's conduct is fraudulent in that Defendant's misrepresentations and omissions are likely to mislead a reasonable consumer.

73.     Plaintiff relied on Defendant's misrepresentations and omissions.

74.     As a direct and proximate result of Defendant's violations, Plaintiff would not have otherwise purchased the Open Nature Products, or would have paid less, and therefore suffered injury in fact and lost money.

75.     Plaintiff, on behalf of himself and Class members, seeks restitution of monies they paid for Open Nature Products.  Additionally, Plaintiff seeks equitable and injunctive relief on behalf of himself and Class members pursuant to Cal. Business & Professions Code § 17203.

WHEREFORE, Plaintiff, on behalf of himself and the Class members, prays for relief as follows:

A.     For an order that this action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, that Plaintiff be appointed Class representative for the Class, and that Plaintiff's counsel be appointed as counsel for the Class;

B.     For an order requiring Defendant to refund Plaintiff and all Open Nature Class members for the deceptively advertised foods or provide appropriate repairs or replacements without costs;

C.     For an order prohibiting Defendant from engaging in the misconduct described herein;

D.     For an award of attorneys' fees;

E.     For an award of the costs of suit incurred herein, including expert witness fees;

F.     For an award of interest, including prejudgment interest, at the legal rate; and

G.     For such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury of all claims so triable.

DATED: December 22, 2011                    Respectfully submitted,

                                        FINKELSTEIN THOMPSON LLP

CLASS ACTION COMPLAINT

By: _____
    Rosemary M. Rivas

Rosemary M. Rivas
Danielle A. Stoumbos
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Counsel for Individual and Representative*
*Plaintiff Lawrence Brandon*

- 16 -
CLASS ACTION COMPLAINT

# EXHIBIT A

*Bread*

100% Natural

No Trans Fat
No Artificial Flavors
No High Fructose Corn Syrup

Our recipe includes whole wheat flour, water, whole grain crushed wheat, whole grain bulgur sugar, yeast, wheat gluten, brown sugar, sunflower oil, honey, molasses, sea salt, calcium sulfate (source of calcium), vinegar, cultured whey, wheat bran, and soy lecithin.

*all ingredients from natural sources*





# 100%
# *Whole Wheat Bread*

100% Natural*

No Trans Fat
No Artificial Flavors
No High Fructose Corn Syrup

*Our recipe includes whole wheat flour, water, whole grain crushed wheat, whole grain bulgur, sugar, yeast, wheat gluten, brown sugar, sunflower oil, honey, molasses, sea salt, calcium sulfate (source of calcuim) vinegar, cultured whey, wheat bran, and soy lecithin.*

*all ingredients from natural sources



acts

30)

about 1G

rom Fat 10

% Daily Value*

2%

0%

0%

6%

19g    6%

12%

Vitamin C 0%

Iron 6%

based on a 2,000

values may be higher or

**INGREDIENTS:** WHOLE WHEAT FLOUR, WATER, WHOLE GRAIN CRUSHED WHEAT, WHOLE GRAIN BULGUR WHEAT, SUGAR, YEAST, WHEAT GLUTEN, BROWN SUGAR, CONTAINS 2% OR LESS OF EACH OF THE FOLLOWING: SUNFLOWER OIL, HONEY, MOLASSES, SEA SALT, CALCIUM SULFATE (SOURCE OF CALCIUM), VINEGAR, CULTURED WHEY (MILK), WHEAT BRAN, SOY LECITHIN.

**MAY CONTAIN HAZELNUTS, WALNUTS, SESAME SEEDS**

DISTRIBUTED BY
LUCERNE FOODS, INC.
P.O. BOX 99
PLEASANTON, CA
94566-0009
1-877-232-4271
PRODUCT OF U.S.A.

100% MONEY BACK
**GUARANTEED**
QUALITY & SATISFACTION

**WHOLE GRAIN**
23g or more
per serving
EAT 48g OR MORE OF
WHOLE GRAINS DAILY
WholeGrainsCouncil.org

# EXHIBIT B

 Here is a list of artificial ingredients you will never find in Open Nature products.

acesulfame-K
acetylated esters of mono- and diglycerides
aluminum ammonium sulfate
aluminum calcium silicate
aluminum leavening agent
aluminum potassium sulfate / aluminum sulfate (alum)
ammonium chloride
anisole
antibiotics
artificial colors
artificial flavors
aspartame
astaxanthin
azodicarbonamide
bentonite
benzoates in food
benzoyl peroxide
benzyl alcohol
BHA
BHT
bleached flour
bromated flour
brominated vegetable oil (BVO)
BST
butane glycol
butylene glycol
caffeine
calcium bromate
calcium disodium EDTA
calcium peroxide
calcium propionate
calcium saccharin
calcium sorbate
calcium stearoyl-2-lactylate
calcium sulfate
caprenin, caprocaprylobehenin
certified colors (artificial)
cottonseed oil
cyclamates
diacetyl tartaric acid (DATEM)
dimethylpolysiloxane
dioctyl sodium sulfosuccinate (DSS)
disodium calcium EDTA
disodium dihydrogen EDTA
disodium guanylate (GMP)
disodium inosinate (IMP)
EDTA
enriched flour
Equal
ester gums
esters of mono- and di- glycerides (acetylated, lactylated)
ethanol (ethyl alcohol)
ethyl vanillin
ethylene oxide
ethyoxyquin
FD&C colors (artificial)
fractionated oil
glycerol ester of wood rosin
high fructose corn syrup
hydrogenated /partially hydrogenated oil
hydroxypropyl guar gum
lard
lead soldered cans
lye

malic acid
margarine
methyl silicon
methylene chloride
methylparaben
microparticularized whey protein
modified alginates
monosodium glutamate (MSG)
nitrates/nitrites
Nutrasweet
oleoresins
Olestra (Olean)
oxystearin
palm kernel oil
parabens (methyl, propyl, butyl, etc.)
polydextrose
potassium benzoate
potassium bisulfite
potassium bromate
potassium hydroxide
potassium metabisulfite
propionates
propyl gallate
propylene glycol
propylene oxide
propylparaben
quinine
rBGH
saccharin
shortening
Simplesse
smoke flavoring
sodium aluminum phosphate
sodium aluminum sulfate
sodium benzoate
sodium bisulfite
sodium diacetate
sodium ferrocyanide
sodium glutamate
sodium lauryl sulfate
sodium metabisulfite
sodium nitrate/nitrite
sodium propionate
sodium silicoaluminate
sodium stearoyl-2-lactylate
sodium sulfite
solvent extracted oils (as stand alone single ingredient oils (except grapeseed oil)
sorbic acid
Splenda
stannous chloride
succinic acid
sucralose
sucrose esters; hexa-, hepta-, octa-;
sucrose oligoesters; sucroglycerides
sucrose polyester
sulfites (sulfur dioxide)
Sweet-n-Low
talc (magnesium silicate)
tallow
tartrazine (FD&C Yellow No. 5)
TBHQ (tertiary butylhydroquinone)
trans fats, artificial
triacetin / glyceryl triacetate
tryptophan
vanillin (synthetic)

# EXHIBIT C

# Open Nature - Glossary

### Glossary A-G

**Allspice:** Allspice is a spice that is the dried, unripe berry of a tropical evergreen tree grown in the West Indies and South America. It resembles a smooth peppercorn, about the size of a pea, and is dark brown in color. It smells and tastes like a combination of spices, especially cinnamon, nutmeg, cloves, and pepper. It is commonly used to flavor a variety of confections as well as savory dishes.

**Anise:** Anise is a spice, in either seed or ground form, with a licorice-like flavor and aroma. The anise seed is a gray-brown oval seed originating from a small annual plant (Pimpinella anisum) in the parsley family native to the eastern Mediterranean region and Southwest Asia. It is commonly used to flavor a variety of confections as well as savory dishes.

**Annatto:** Annatto is a food color obtained from the seed coating of the Achiote tree grown in the tropical regions of the Americas. It does not have a lot of flavor but imparts a rich yellow to orange color; hence, is commonly used to color butter, margarine, cheese, and smoked fish.

**Anti-Caking Agents:** Anti-caking agents are substances added to dry foods or ingredients (milk powder, sugar, salt, dry seasoning mixes, etc.) to keep them flowing freely. For example, cornstarch can be an anti-caking agent and is often added in small amounts to powdered sugar to keep it free-flowing.

**Ascorbic Acid:** Ascorbic acid is the scientific name for the nutrient Vitamin C. It is added to foods to prevent loss of color and flavor by reacting with unwanted oxygen. Green vegetables, citrus, and tomatoes are great natural sources of ascorbic acid. Lemon juice contains large amounts of ascorbic acid and is often used to prevent browning of peeled fruits and vegetables.

**Bulgur Wheat:** Whole grain bulgur wheat is a cereal food made from wheat kernels that have been cleaned, pre-cooked, dried and crushed. It is added to breads as a whole grain component and can be used in pilafs, soups, or as stuffing. Bulgur wheat has a tender, chewy texture, a nutty aroma and flavor, and provides a source of dietary fiber.

**Calcium Chloride:** "Calcium chloride is a colorless or white substance produced as a by-product of the manufacture of sodium carbonate. It is added to canned tomatoes, potatoes, apple slices, and tofu to keep them firm, and used in certain cheeses to aid coagulation (coagulation is the process of forming semisolid lumps in a liquid)."

**Calcium Sulfate (Source of Calcium):** Calcium sulfate, also known as plaster of Paris, anhydrite, and gypsum, occurs naturally and is a fine, white to slightly yellow-white odorless powder. It can be used as a yeast nutrient in breads, dough strengthener in bakery products, or a nutrient supplement providing a source of calcium.

**Caramel Color:** Caramel color is the dark brown substance obtained from carefully controlled heat treatment of specific food-grade carbohydrates. It is used to color soft drinks (Coca-Cola), soy sauce, baked goods, sauces and dressings, candies, and many other food products.

**Carrageenan with Seaweed:** Carrageenan (pronounced *[kar-uh-gee-nuhn]*, with a hard g) is obtained from red seaweeds. It forms a gel in food systems and is used to thicken foods like ice cream, yogurts, milkshakes, soy milk, and sauces.

**Celery Powder:** Celery powder is the ground form of celery seed, which is used to add celery flavor to potato salads, vegetable salads, coleslaw, pickles, and stews.

**Cheese Cultures:** Cheese cultures are a group of harmless bacteria that feed on milk sugar and convert it into lactic acid. These bacteria are used in cheese production to contribute to the characteristic flavor, aroma, and texture of the cheese.

**Chocolate Liquor:** Pure chocolate in its liquid form, chocolate liquor is produced from cocoa beans that have been fermented, dried, roasted, skinned, and melted to become the liquor. The liquor is cooled and molded into blocks known as unsweetened baking chocolate (bitter chocolate).

## Open Nature - Glossary

**Glossary H-P**

**Inulin:** Inulin is a dietary fiber naturally occurring in fruits and vegetables like artichokes, chicory, onion, and garlic. It is added to foods to provide a source of dietary fiber.

**Kamut:** Kamut (pronounced *{kah-MOOT}*) comes from the ancient Egyptian word for "wheat." Whole grain kamut is an ancient and organic wheat grain that is different from modern day wheat grain in that it has not been modified through modern breeding practices. Whole grain kamut is higher in protein and some mineral content, especially selenium, zinc, and magnesium, than modern wheat. It has a sweet, buttery flavor and is used in breads, cereals and pastas.

**L. Acidophilus:** The name Lactobacillus acidophilus comes from the words lacto- meaning milk, -bacillus meaning rod-shaped, and acidophilus meaning acid-loving. It is one of several beneficial bacteria used in the production of yogurt because it ferments lactose (a milk sugar) into lactic acid, which gives yogurt a sour flavor.

**L. Bifidus:** Lactobacillus bifidus is one of several beneficial bacteria used in making yogurt. It is often added along with other beneficial bacteria like L. bulgaricus, L. acidophilus, and S. thermophilus.

**L. Bulgaricus:** Lactobacillus bulgaricus is one of several beneficial bacteria used in making yogurt. It feeds on milk, breaking down milk sugar (lactose) and produces lactic acid, which gives yogurt a sour flavor.

**Lactic Acid Starter Culture:** Lactic acid starter culture is a group of harmless bacteria that feed on milk sugar and convert it into lactic acid. These bacteria are used in cheese production to contribute to the characteristic flavor, aroma, and texture of the cheese.

**Lipase:** Lipase is an enzyme produced in the body to break down fats for ease of absorption in the intestines. Lipase obtained from goats, fungi or bacteria, is commonly added during cheese processing to develop flavor as a result of fat breakdown.

**Live and Active Cultures:** Live and active cultures refer to the beneficial bacteria that convert milk into yogurt. These bacteria are responsible for converting lactose (milk sugar) into lactic acid, contributing to yogurt's tart flavor and thick consistency.

**Locust Bean Gum:** Locust bean gum (also called carob bean gum) is a white to yellow-white powder obtained from the seeds of the carob tree, which commonly grows in Mediterranean countries. It is used as a thickener in salad dressings and sauces, and in ice cream to prevent ice crystals from forming.

**Maltodextrin:** Maltodextrin is a carbohydrate made from starch. Because it is flavorless, it's commonly used as a filler in dry seasoning or soup mixes.

**Microbial Enzyme:** Enzymes are proteins that speed up chemical reactions. Microbial enzymes are derived from bacteria and are used in cheese production to break down proteins and fats in milk in order to achieve the desired cheese flavors and texture.

**Millet:** Whole grain millet is a small-seeded cereal grain widely grown around the world for food and animal feed. Mild-flavored millet is nutritious and gluten-free. It is often added to multigrain bread doughs to provide a whole grain component and a pleasant crunch.

**Native Corn Starch:** Native corn starch is the starch obtained from the corn kernel through typical milling methods without further treatment or changes made to the starch. It is commonly added to soups, sauces, gravies, and custard as a thickener. It can also be added to dry seasoning mixes as an anti-caking agent (to prevent clumping).

**Natural Flavor:** Natural flavor is the flavoring component derived from plant or animal material by roasting, heating, or the use of enzymes. It is added to many foods and beverages to impart flavor. Vanilla extract is an example of a natural flavor that is added to vanilla ice

## Open Nature - Glossary

### Glossary Q-Z

**Quinoa:** Quinoa (pronounced *[KEEN-wah]*) is a small bead-like seed from a plant grown in western South America, and was a staple food of the Incas. This mild-flavored seed varies in color, from pale-yellow to red to black. Quinoa is gluten-free, a good source of dietary fiber, and high in protein, magnesium and iron. It is added in breads to provide a whole grain component.

**Rennet:** Rennet is an enzyme that occurs naturally in the fourth stomach of a calf. It is used in cheese-making to curdle milk and make it into cheese.

**Rye Meal:** Rye meal is the coarsely ground rye grain, a cereal grain closely related to wheat. Rye meal is used in rye bread, dense breads and crisp breads.

**S. Thermophilus:** S. Thermophilus is a beneficial bacteria used often together with L. acidophilus and L. bulgaricus in the production of yogurt. It breaks down lactose (milk sugar) in milk, causing yogurt to have a sour flavor.

**Sorghum:** Sorghum (pronounced *[SOR-guhm]*) is the third most important cereal crop grown in the United States. It has a neutral taste, is gluten-free, and is used in food products such as breads, cookies, cakes and couscous.

**Soy Lecithin:** Soy lecithin is a group of fat-like substances found naturally in soybean oil. It has many uses in foods including: helping to evenly distribute ingredients in dough; protecting yeast cells in dough when frozen; helping with fermentation; and increasing the volume of bakery products. It also acts as an emulsifier, keeping the cocoa and cocoa butter in a candy bar from separating.

**Spelt:** Spelt is an ancient cereal grain originating in Europe. It is more flavorful than wheat and has a slightly higher protein content, and is used in cereals and breads.

**Spice Extractives:** Spice extractives are the evaporated oils of spices that are dissolved in an alcohol base. They are very concentrated flavors, so very small amounts are needed to flavor foods such as baked goods and desserts.

**Stabilizer:** Stabilizers are substances added to foods to prevent the separation of fat and water and the loss of desirable properties.

**Tapioca Dextrin:** Tapioca dextrin is a gummy substance obtained from the breakdown of tapioca starch with heat and acids. It is commonly used to enhance the crispness of batters, coatings and glazes.

**Teff:** Teff is a very small (about 1/32" in diameter) cereal grain native to Ethiopia in Northeast Africa. This sweet, nut-flavored grain is high in dietary fiber and iron and provides protein and calcium. It is added in breads to provide a whole grain component and is sometimes eaten as a hot breakfast cereal.

**Triticale:** Triticale (pronounced *[triht-ih-KAY-lee]*) is a grain resulting from the cross between wheat and rye. It contains more protein and less gluten than wheat and has a sweet, nutty flavor. Triticale can be used in breads, cereals, casserole, and pilaf-style dishes.

**Turbinado Sugar:** Turbinado (pronounced *[tur-bih-NAH-doh]*) sugar is a semi-refined, light brown, coarse crystalline sugar with a molasses flavor. It gets its name from the method used in making it: sugar cane juice is evaporated and spun in a turbine or centrifuge to remove most of the molasses and to produce large crystals. It can be used as a sweetener to replace table sugar in coffee and tea or as a topping for cookies, cakes, muffins, and pies.

**Turmeric:** Extractive of turmeric (pronounced *[TER-muh-rihk]*) is the evaporated oil of the root of a leafy plant (Curcuma longa) belonging to the ginger family. It has a bright yellow color and pungent bitter taste and is used to add color and flavor to curries, chicken dishes, and condiments such as mustard.

# EXHIBIT D

## AFFIDAVIT OF DANIELLE A. STOUMBOS

I, Danielle A. Stoumbos, declare as follows:

1.    I am an attorney with the law firm Finkelstein Thompson LLP, counsel for Plaintiff Lawrence Brandon in this action.  I am admitted to practice law in California and before this Court, and am a member in good standing of the State Bar of California.  This declaration is made pursuant to California Civil Code section 1780(d).  I make this declaration based on my research of public records and also upon personal knowledge and, if called upon to do so, could and would testify competently thereto.

2.    Based on my research of public records and personal knowledge, Defendant Safeway Inc.'s principal place of business is in Pleasanton, California, Alameda County, which is within this judicial District, and does business within this County.

I declare under penalty of perjury under the laws of the United States and State of California this 22nd day of December 2011 in San Francisco, California that the foregoing is true and correct.

_Danielle A. Stoumbos_

Danielle A. Stoumbos

### CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of   San Francisco

On   12/22/11   before me,   Mirna A. Vasquez, notary   ,

personally appeared   Danielle A. Stoumbos   ,

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal



MIRNA A. VASQUEZ
Commission # 1937628
Notary Public - California
San Francisco County
My Comm. Expires May 21, 2015