1  ARNOLD & PORTER LLP
   Monty Agarwal (191568)
2  Rhonda S. Goldstein (250387)
   Three Embarcadero Center, 7th Floor
3  San Francisco, California  94111
   Telephone: 415.471.3100
4  Facsimile:  415.471.3400
   E-Mail: monty.agarwal@aporter.com
5  E-Mail: rhonda.goldstein@aporter.com

6  Attorneys for Defendant
7  SAFEWAY INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | LAWRENCE BRANDON, on behalf of        | Case No.: C 11-06614 SI
   | himself and all others similarly situated, |
14 |                                       | **STIPULATION AND [PROPOSED]**
   |                  Plaintiff,           | **ORDER EXTENDING DEADLINES RE:**
15 |                                       | **DEFENDANT'S MOTION FOR**
   |        v.                             | **SUMMARY JUDGMENT**
16 |                                       |
17 | SAFEWAY INC., a Delaware corporation with |
   | its Principal Place of Business in Pleasanton, |
18 | California.                           |
19 |                  Defendant.           |

20
21
22
23
24
25
26
27
28

1  WHEREAS, at the Initial Case Management Conference ("CMC") held in this action on April 6, 2012, the Court set the following schedule for Defendant Safeway Inc's Motion for Summary Judgment ("Motion"), as set forth in the Civil Pretrial Minutes issued on April 11, 2012 (Dkt. No. 21):

- Filing date: September 7, 2012
- Opposition due: September 21, 2012
- Reply due: September 28, 2012
- Hearing date: October 12, 2012 at 9:00 a.m.;

WHEREAS, at the April 6 CMC Plaintiff Lawrence Brandon and Defendant Safeway Inc. (collectively, the "Parties") discussed with the Court that the Parties were discussing a potential mediation of the action, and intended to seek a modification to the schedule for the Motion in the event that they were able to agree to mediate;

WHEREAS, the Parties have reached an agreement to mediate the action on June 22, 2012, and therefore wish to extend the briefing schedule for the Motion by a period of ninety (90) days; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency and will not cause prejudice to any party;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel, subject to approval of the Court as follows:

1. The deadline by which Defendant must file the Motion is hereby extended up to and including December 6, 2012;

2. The deadline for Plaintiff's opposition to the Motion is hereby extended up to and including December 20, 2012;

3. The deadline for Defendant's reply to the Motion is extended up to and including December 27, 2012;

4. The hearing on the Motion is hereby set for January 18, 2013, at 9:00 a.m., or as soon thereafter as the Court's schedule may allow;

///

5. The undersigned Parties jointly and respectfully request that the Court enter this Stipulation as an Order.

Dated: May 11, 2012        ARNOLD & PORTER LLP

By: /s/ Rhonda S. Goldstein[*]
Monty Agarwal
Rhonda S. Goldstein
Attorneys for Defendant
SAFEWAY INC.

Dated: May 11, 2012        FINKELSTEIN THOMPSON LLP

By: /s/ Danielle A. Stoumbos
Danielle A. Stoumbos
Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/16/12

Hon. Susan Illston
United States District Judge

---

[*] I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.