| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
| 2 | Monty Agarwal (191568)<br>Rhonda S. Goldstein (250387) |
| 3 | Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111 |
| 4 | Telephone: 415.471.3100<br>Facsimile: 415.471.3400 |
| 5 | E-Mail: monty.agarwal@aporter.com<br>E-Mail: rhonda.goldstein@aporter.com |
| 6 | |
| 7 | Attorneys for Defendant<br>SAFEWAY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE BRANDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC., a Delaware corporation with its Principal Place of Business in Pleasanton, California.<br><br>Defendant. | Case No.: C 11-06614 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

---

STIPULATION & [PROPOSED] ORDER EXTENDING DEADLINES     C 11-06614 SI
RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

WHEREAS, at the Initial Case Management Conference ("CMC") held in this action on April 6, 2012, the Court set the following schedule for Defendant Safeway Inc's Motion for Summary Judgment ("Motion"), as set forth in the Civil Pretrial Minutes issued on April 11, 2012 (Dkt. No. 21):

- Filing date: September 7, 2012
- Opposition due: September 21, 2012
- Reply due: September 28, 2012
- Hearing date: October 12, 2012 at 9:00 a.m.;

WHEREAS, at the April 6 CMC Plaintiff Lawrence Brandon and Defendant Safeway Inc. (collectively, the "Parties") discussed with the Court that the Parties were discussing a potential mediation of the action, and intended to seek a modification to the schedule for the Motion in the event that they were able to agree to mediate;

WHEREAS, the Parties have reached an agreement to mediate the action on June 22, 2012, and therefore wish to extend the briefing schedule for the Motion by a period of ninety (90) days; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency and will not cause prejudice to any party;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel, subject to approval of the Court as follows:

1. The deadline by which Defendant must file the Motion is hereby extended up to and including December 6, 2012;

2. The deadline for Plaintiff's opposition to the Motion is hereby extended up to and including December 20, 2012;

3. The deadline for Defendant's reply to the Motion is extended up to and including ~~December 27, 2012,~~ January 4, 2013

4. The hearing on the Motion is hereby set for January 18, 2013, at 9:00 a.m., or as soon thereafter as the Court's schedule may allow;

///

- 1 -
STIPULATION & [PROPOSED] ORDER EXTENDING DEADLINES    C 11-06614 SI
RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

5. The undersigned Parties jointly and respectfully request that the Court enter this Stipulation as an Order.

Dated: May 11, 2012         ARNOLD & PORTER LLP

By: /s/ Rhonda S. Goldstein*
Monty Agarwal
Rhonda S. Goldstein
Attorneys for Defendant
SAFEWAY INC.

Dated: May 11, 2012         FINKELSTEIN THOMPSON LLP

By: /s/ Danielle A. Stoumbos
Danielle A. Stoumbos
Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**   As Amended

Dated: _____5/19/12_____        _____
                                           Hon. Susan Illston
                                           United States District Judge

---

* I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.