1 | ARNOLD & PORTER LLP
2 | Monty Agarwal (191568)
    Three Embarcadero Center, 7th Floor
3 | San Francisco, California 94111
    Telephone: 415.471.3100
4 | Facsimile: 415.471.3400
    E-Mail: monty.agarwal@aporter.com
5
    Attorneys for Defendant
6 | SAFEWAY INC.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | LAWRENCE BRANDON, on behalf of himself and all others similarly situated,

    Case No.: C 11-06614 SI

13 | Plaintiff,

    **STIPULATION AND [PR~~OPOSE~~D]
    ORDER EXTENDING DEADLINES RE:
    DEFENDANT'S MOTION FOR
    SUMMARY JUDGMENT**

14 | v.

15

16 | SAFEWAY INC., a Delaware corporation with its Principal Place of Business in Pleasanton, California.

17

18 | Defendant.

1  WHEREAS, at the Initial Case Management Conference ("CMC") held in this action on April 6, 2012, the Court set a schedule for Defendant Safeway Inc.'s Motion for Summary Judgment ("Motion"), as set forth in the Civil Pretrial Minutes issued on April 11, 2012 (Dkt. No. 21).

WHEREAS, the parties previously stipulated to, and the Court ordered, an extended briefing schedule, as set forth in the Stipulation and Order Extending Deadlines Re: Defendant's Motion For Summary Judgment, issued on May 22, 2012 (Dkt. No. 25);

WHEREAS, Plaintiff and Defendant jointly agree that a short continuance of 15 days to file the Motion would allow the parties an opportunity to focus on completing an in progress effort aimed at settling the matter;

WHEREAS, the Parties have stipulated to a modified briefing schedule; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency and will not cause prejudice to any party;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel, subject to approval of the Court as follows:

1. The deadline by which Defendant must file the Motion is hereby extended up to and including December 21, 2012;

2. The deadline for Plaintiff's opposition to the Motion is hereby extended up to and including February 18, 2012;

3. The deadline for Defendant's reply to the Motion is extended up to and including March 4, 2013;

4. The hearing on the Motion is hereby set for March 22, 2013, at 9:00 a.m., or as soon thereafter as the Court's schedule may allow;

5. The undersigned Parties jointly and respectfully request that the Court enter this Stipulation as an Order.

| | | |
|---|---|---|
| 1 | Dated: November 28, 2012 | ARNOLD & PORTER LLP |
| 2 | | |
| 3 | | By: /s/ Monty Agarwal[*] |
| 4 | | Monty Agarwal<br>Attorneys for Defendant |
| 5 | | SAFEWAY INC. |
| 6 | | |
| 7 | Dated: November 28, 2012 | FINKELSTEIN THOMPSON LLP |
| 8 | | |
| 9 | | By: /s/ Rosemary Rivas |
| 10 | | Rosemary Rivas<br>Attorneys for Plaintiff |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/30/12                    _____
                                    Hon. Susan Illston
                                    United States District Judge

---

[*] I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.