| | |
|---|---|
| 1 | Rosemary M. Rivas (State Bar No. 209147) |
| | rrivas@finkelsteinthompson.com |
| 2 | Danielle A. Stoumbos (State Bar No. 264784) |
| | dstoumbos@finkelsteinthompson.com |
| 3 | **FINKELSTEIN THOMPSON LLP** |
| 4 | 505 Montgomery Street, Suite 300 |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 398-8700 |
| | Facsimile: (415) 398-8704 |

*Attorneys for Individual and Representative Plaintiff Lawrence Brandon*

Monty Agarwal (State Bar No. 191568)
Rhonda Goldstein (State Bar No. 250387)
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Defendant Safeway Inc.*

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BRANDON, on behalf of himself and all others similarly situated, | Case No. 11-CV-6614 (SI) |
| Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| vs. | |
| SAFEWAY INC., a Delaware Corporation with its Principal Place of Business in Pleasanton, California. | Honorable Susan Illston |
| Defendant. | |

STIP. TO DISMISS INDIVIDUAL ACTION WITH PREJUDICE
CASE NO. 11-CV-6614 (SI)

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant Safeway Inc., and Plaintiff Lawrence Brandon by and through his undersigned counsel of record, that Plaintiff shall dismiss, with prejudice his individual action, only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall, with respect to the class action claims and causes of action asserted in the operative complaint, agree that said claims and causes of action shall be dismissed without prejudice.

DATED: December 20, 2012        Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

By: /s/ Rosemary M. Rivas
    Rosemary M. Rivas

Danielle A. Stoumbos
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Attorneys for Individual and Representative Plaintiff Lawrence Brandon*

DATED: December 20, 2012        **ARNOLD & PORTER LLP**

By: /s/ Monty Agarwal
    Monty Agarwal

Rhonda Goldstein
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Defendant Safeway Inc.*